IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KUHN CAPITAL, INC.,<br>    an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GIBSON GUITAR CORP.,<br>    a Delaware Corporation,<br><br>    Defendant. | FILED: APRIL 16, 2008<br>Case No.:  08CV2170     TC<br>             JUDGE ST. EVE<br>Judge:    MAGISTRATE JUDGE DENLOW<br>Magistrate Judge: |

### DEFENDANT GIBSON GUITAR CORP.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant GIBSON GUITAR CORP. ("Gibson"), a private, non-governmental party, certifies that Gibson has neither a parent corporation nor does any publicly held corporation own more than 10 percent of its stock.

Dated April 16, 2008

Respectfully submitted,

GIBSON GUITAR CORP.

By: /s/ Ranjit J. Hakim_____
       One of Its Attorneys

Michael J. Gill
Ranjit Hakim
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

*Attorneys for Defendant*
Gibson Guitar Corp.