IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KUHN CAPITAL, INC.,<br>    an Illinois Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GIBSON GUITAR CORP.,<br>    a Delaware Corporation,<br><br>    Defendant. | Case No.: 08CV2170<br><br>Judge St. Eve<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:    All Counsel of Record

    PLEASE TAKE NOTICE that on April 18, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY FEDERAL PROCEEDINGS**, copies of which were served upon you via U.S. Mail on April 18, 2008.
    We will present the attached motion for hearing before this court in the United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, City of Chicago, State of Illinois, on the day of April 23, 2008, at 8:30 o'clock a.m., or as soon thereafter as counsel can be heard, for an order staying the above-entitled action pending arbitration of the dispute.

Dated: April 18, 2008

Respectfully submitted,

/s/ Ranjit J. Hakim

Michael J. Gill
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

*Attorneys for Defendant*
*GIBSON GUITAR CORP.*

9170268

## **CERTIFICATE OF SERVICE**

  Ranjit Hakim, an attorney, hereby certifies that he caused a copy of the foregoing **NOTICE OF MOTION, DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY FEDERAL PROCEEDINGS,** and **DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY FEDERAL PROCEEDINGS** to be served upon:

  David Bronner
  Nicholas Anaclerio
  Antonio Caldarone
  UNGARETTI & HARRIS LLP
  3500 Three First National Plaza
  Chicago, IL 60602
  (312) 977-4400

by causing the same to be deposited in the United States Mail, postage prepaid on April 18, 2008.

              /s/ Ranjit J. Hakim
                Ranjit Hakim

9171155