U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                  Case Number: 08 cv 2170

Kuhn Capital, Inc., an Illinois Corporation
    Plaintiff
v.
Gibson Guitar Corporation, a Delaware Corporation
    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kuhn Capital, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Nicholas Anaclerio | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>   s/ Nicholas Anaclerio | |
| FIRM <br> Ungaretti & Harris LLP | |
| STREET ADDRESS <br> 70 West Madison, Three First National Plaza, Suite 3500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6187889 | TELEPHONE NUMBER <br> (312) 977-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |