UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Kuhn Capital, Inc.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−02170
                                                      Honorable Amy J. St. Eve

Gibson Guitar Corp.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve: MOTION by Defendant Gibson Guitar Corp. to compel Arbitration and Stay Federal Proceedings [7] is entered and continued. Response due two weeks after the settlement conference before Magistrate Judge Denlow. Motion hearing held on 4/23/2008 regarding motion to compel[7]. Case referred to Magistrate Judge Denlow to conduct a settlement conference. ( Status hearing set for 6/25/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.