## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Kuhn Capital, Inc.

                            Plaintiff,

v.                                          Case No.: 1:08−cv−02170

                                            Honorable Amy J. St. Eve

Gibson Guitar Corp.

                            Defendant.

---

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: SETTLEMENT CONFERENCE.(tmh, )Mailed notice.

Dated: April 23, 2008

                                                    /s/ Amy J. St. Eve

                                            _____

                                            United States District Judge