# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KUHN CAPITAL, INC., an Illinois Corporation, and RYAN KUHN, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> GIBSON GUITAR CORP., a Delaware Corporation, and HENRY JUSZKIEWICZ, Individually, <br><br> Defendants. | Case No.: 08CV2170 <br><br> Judge St. Eve <br><br> Magistrate Judge Denlow |

## NOTICE OF FILING

**TO:** *All counsel of record via ECF*

PLEASE TAKE NOTE that on May 6, 2008, we filed through the electronic filing system for the Northern District of Illinois, Eastern Division, Plaintiffs' First Amended Complaint.

May 6, 2008

Respectfully submitted,

KUHN CAPITAL, INC. and RYAN KUHN

By:   /s/ Seth Horvath
       One of their attorneys

David Bronner
Nicholas Anaclerio
Seth Horvath
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400
(312) 977-4405 (facsimile)

2

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

      I, Seth Horvath, an attorney, certify that service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record this 6th day of May 2008.

                                              /s/ Seth Horvath