IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KUHN CAPITAL, INC., an Illinois Corporation, and RYAN KUHN, Individually<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GIBSON GUITAR CORP., a Delaware Corporation, and HENRY JUSZKIEWICZ, Individually,<br><br>　　　　　Defendants. | Case No.: 08CV2170<br><br>Judge St. Eve<br><br>Magistrate Judge Denlow |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION OF COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT AND TO DISMISS COUNTS III AND IV OR MAKE A MORE DEFINITE STATEMENT**

Defendant Gibson Guitar Corp. ("Gibson"), respectfully renews its motion to this Court for an order, pursuant to the Federal Arbitration Act (9 U.S.C. § 3), compelling Plaintiffs Kuhn Capital, Inc. ("Kuhn Capital") and Ryan Kuhn ("Kuhn") (collectively, "Plaintiffs") to submit Counts I and II of Plaintiffs' Amended Complaint to arbitration.

Plaintiffs have also added parties and claims for defamation to their Amended Complaint without specifying against which party these new claims lie. Gibson is entitled to a more definite statement pursuant to Federal Rule of Civil Procedure 12(e), but this Court need not await such clarification to dismiss Counts III and IV pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs defamation allegations do not state a claim upon which relief can be granted because the statement upon which they are based is not defamatory *per se*, is not actionable as defamatory, and is a privileged publication between parties that share a common business interest.

9175575

Further grounds for Gibson's motion are stated in the memorandum accompanying this motion and incorporated herein by reference.

* * *

WHEREFORE: This Court should dismiss Counts III and IV of Plaintiffs' Amended Complaint and order arbitration of the remaining claims in this dispute (Counts I and II). Any further action should be stayed pending such arbitration.

Dated:  May 27, 2008                                        Respectfully submitted,

                                                            GIBSON GUITAR CORP.


                                                            By:  /s/ Ranjit J. Hakim_____
                                                                    One of Its Attorneys

                                                            Michael J. Gill
                                                            Ranjit Hakim
                                                            Mayer Brown LLP
                                                            71 S. Wacker
                                                            Chicago, IL 60606
                                                            (312) 782-0600

## CERTIFICATE OF SERVICE

      Ranjit Hakim, an attorney, hereby certifies that he caused a copy of the foregoing **NOTICE OF MOTION, DEFENDANTS' MOTION TO COMPEL ARBITRATION OF COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT AND TO DISMISS COUNTS III AND IV OR MAKE A MORE DEFINITE STATEMENT,** and **DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION OF COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT AND TO DISMISS COUNTS III AND IV OR MAKE A MORE DEFINITE STATEMENT** to be served via email and the Court's CM/ECF system upon all counsel listed below on May 27, 2008:

    David Bronner
    Nicholas Anaclerio
    Antonio Caldarone
    UNGARETTI & HARRIS LLP
    3500 Three First National Plaza
    Chicago, IL 60602
    (312) 977-4400

                                                      /s/ Ranjit J. Hakim_____
                                                              Ranjit Hakim