IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KUHN CAPITAL, INC., an Illinois Corporation, and RYAN KUHN, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>GIBSON GUITAR CORP., a Delaware Corporation, and HENRY JUSZKIEWICZ, Individually,<br><br>    Defendants. | Case No.: 08CV2170<br><br>Judge St. Eve<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on May 27, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **DEFENDANTS' MOTION TO COMPEL ARBITRATION OF COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT AND TO DISMISS COUNTS III AND IV OR MAKE A MORE DEFINITE STATEMENT**, copies of which were served upon you via email and the Court's CM/ECF system on May 27, 2008.

We will present the attached motion for hearing before the Honorable Amy St. Eve in the United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 1241, City of Chicago, State of Illinois, or any judge sitting in her place, on the day of June 4, 2008, at 8:30 o'clock a.m., or as soon thereafter as counsel can be heard.

Dated: May 27, 2008

Respectfully submitted,

/s/ Ranjit J. Hakim

Michael J. Gill
Ranjit Hakim
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600

*Attorneys for Defendant*
*GIBSON GUITAR CORP.*

9175574

# CERTIFICATE OF SERVICE

Ranjit Hakim, an attorney, hereby certifies that he caused a copy of the foregoing **NOTICE OF MOTION, DEFENDANTS' MOTION TO COMPEL ARBITRATION OF COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT AND TO DISMISS COUNTS III AND IV OR MAKE A MORE DEFINITE STATEMENT,** and **DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION OF COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT AND TO DISMISS COUNTS III AND IV OR MAKE A MORE DEFINITE STATEMENT** to be served via email and the Court's CM/ECF system upon all counsel listed below on May 27, 2008:

David Bronner
Nicholas Anaclerio
Antonio Caldarone
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4400

                                              /s/ Ranjit J. Hakim
                                                 Ranjit Hakim