## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kuhn Capital, Inc., et al.

                      Plaintiff,

v.                                           Case No.: 1:08−cv−02170
                                             Honorable Amy J. St. Eve

Gibson Guitar Corp., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion to compel [7] is entered. Motion to compel [20] is entered. Motion to dismiss [20] is entered. Motion hearing held on 6/5/2008 regarding motion to compel,, motion to dismiss, [20], motion to compel[7] Response or Amended Complaint due by 6/19/2008. Reply if response is filed due by 6/26/2008. Status hearing set for 6/25/2008 to stand. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.