# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KUHN CAPITAL, INC., an Illinois Corporation, and RYAN KUHN, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 08CV2170 |
| v. | ) ) | Judge St. Eve |
| GIBSON GUITAR CORP., a Delaware Corporation, and HENRY JUSZKIEWICZ, Individually, | ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, KUHN CAPITAL, INC., and RYAN KUHN, by their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure voluntarily dismiss the above-captioned action against Defendants, GIBSON GUITAR CORP. and HENRY JUSZKIEWICZ, without prejudice.

June 19, 2008

Respectfully submitted,

KUHN CAPITAL, INC. and RYAN KUHN

By:   /s/ Seth Horvath
      One of their attorneys

David Bronner
Nicholas Anaclerio
Seth Horvath
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400
(312) 977-4405 (facsimile)

1174071-1

1

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

      I, Seth Horvath, an attorney, certify that service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record this 19th day of June 2008.

                                                /s/ Seth Horvath