**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kuhn Capital, Inc., et al.
                    Plaintiff,

v.                                         Case No.: 1:08−cv−02170
                                                  Honorable Amy J. St. Eve

Gibson Guitar Corp., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of voluntary dismissal, this case is hereby dismissed with prejudice. All pending dates, deadlines are motions are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.